Filed: 8/25/2026 5:30 PM
Marci A. Gilbert
District Clerk
Cooke County, Texas
Keri Ramsey

**NO. CV26-00267**

| | | |
|---|---|---|
| **DANO ENTERPRISES INC. DBA AUTOBODY CONCEPTS,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| **v.** | § | **COOKE COUNTY, TEXAS** |
| **ACCELERANT NATIONAL INSURANCE COMPANY,** | § | |
| **Defendant** | § | **235th JUDICIAL DISTRICT** |

---

**PROOF OF SERVICE**

---

COMES NOW, Plaintiff, Dano Enterprises Inc dba, Auto Body Concepts, by and through his attorneys of record James McClenny and Levi Baker with Red Dirt Legal, PLLC, and provides this proof of service of Citation and Plaintiff's Original Petition with exhibits, on the following service agent of Defendant on August 14, 2026.

Exhibit 1: FedEx personal service, signature required, signed by A.Flores, Accelerant National Insurance Co. c/o CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201.

Dated: August 25, 2026

Respectfully submitted,

**RED DIRT LEGAL, PLLC**

*Signature on the following page*



**EXHIBIT 1**

Copy from re:SearchTX

By: */s/ James McClenny*

James McClenny SBN 24091857
james@reddirtlegal.com
Levi Baker SBN 24145439
levi@reddirtlegal.com
9925 S Pennsylvania Ave,
Oklahoma City, OK 73159
Telephone: (405) 527-8001
Facsimile: (405) 527-1539
**COUNSEL FOR PLAINTIFF DANO ENTERPRISES INC. DBA AUTOBODY CONCEPTS**



Copy from re:SearchTX

August 25, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 875643026628

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.Flores | **Delivery Location:** | 1999 BRYAN STSTE 900 |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | Dallas, TX, 75201 |
| | | **Delivery date:** | Aug 14, 2026 09:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 875643026628 | **Ship Date:** | Aug 12, 2026 |
| | | **Weight:** | 4.0 LB/1.82 KG |

**Recipient:**
Accelerant National Insurance Co, c/o CT Corporation System
1999 Bryan St., Ste 900
DALLAS, TX, US, 75201

**Shipper:**
Danette Clemmons, Red Dirt Legal
9925 S Pennsylvania Ave
Oklahoma City, OK, US, 73159



EXHIBIT
1

Thank you for choosing FedEx

Copy from re:SearchTX

THE STATE OF TEXAS
235th JUDICIAL DISTRICT
COUNTY OF COOKE

# CITATION FOR PERSONAL SERVICE

CV26-00267

To: ACCELERANT NATIONAL INSURANCE COMPANY
C/O SERVICE AGENT, CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 78201-4284

**NOTICE TO DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF 20 DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG."**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION of plaintiff at or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 235TH JUDICIAL DISTRICT Cooke County, Texas at the Courthouse in the City of Gainesville, Texas.

Said [PETITION/MOTION] was filed in said Court on the 21st day of July, 2026, in this cause, numbered CV26-00267 on the docket of said Court and styled:

DANO ENTERPRISES, INC. D/B/A AUTO BODY CONCEPTS VS ACCELERANT NATIONAL INSURANCE COMPANY

The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to requirements of law, and mandates thereof, and make due return as the law directs.

ISSUED and GIVEN under my hand and seal of said Court at Gainesville, Cooke County, Texas, this the 11th day of August, 2026.

ATTORNEY FOR PLAINTIFF:
JAMES MCCLENNY
RED DIRT LEGAL, PLLC
9925 S. PENNSYLVANIA AVE.
OKLAHOMA CITY, OK 73159

MARCI A. GILBERT, DISTRICT CLERK
COOKE COUNTY COURTHOUSE
101 SOUTH DIXON, ROOM 207
GAINESVILLE, TEXAS 76240

By: Keri Ramsey, Deputy

DISTRICT COURT OF COOKE COUNTY, TEXAS

Copy from re:SearchTX

**RETURN OF SERVICE**

**Cause Number CV26-00267** **Court Number 235th Judicial District**

**DANO ENTERPRISES, INC. D/B/A AUTOBODY CONCEPTS** **VS** **ACCELERANT NATIONAL INSURANCE COMPANY**

**ADDRESS FOR SERVICE:**

**ACCELERANT NATIONAL INSURANCE COMPANY**
**C/O SERVICE AGENT, CT CORPORATION SYSTEM**
**1999 BRYAN ST., SUITE 900**
**DALLAS, TX 78201-4284**

**OFFICER'S RETURN**

Came to hand on the _____ day of ______________________, 20____, at ______________o'clock ______.m., and executed in ______________________County, Texas by delivering to each of the within named defendant(s) in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION**, at the following times and place, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), ____________________________________________

The diligence used in finding said defendant(s) being:

____________________________________________

and the cause or failure to execute this process is:

____________________________________________

and the information received as to the whereabouts of said defendant(s) being:

____________________________________________

**FEES:**

Serving Petition and Copy $______________ ____________________________, Officer

Total $______________ __________________________, County, Texas

By: ______________________________, Deputy ______________________________, Affiant

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is ____________________________________________, my date of birth is ______________________, and my address is
(First, Middle, Last)

____________________________________________.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in ______________________ County, State of ______________, on the ____________day of ______________________.

______________________________
Declarant Authorized Process Server

______________________________
(ID # and Expiration of Certification)

**Please Return Affidavit of Service to:**

**COOKE COUNTY DISTRICT CLERK**
**COOKE COUNTY COURTHOUSE**
**101 SOUTH DIXON, ROOM 207**
**GAINESVILLE, TEXAS 76240**

Copy from re:SearchTX